IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

|  |  |  |
|---|---|---|
| JOSEPH KAWAILANIHUIHUI KANEAPUA, individually and on behalf of his minor Children, K.K.H.K.K.(m); K.R.K.O.O.K.(m); K.P.O.O.K.(m); K.M.O.K.K.(f), | ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civ. No. 20-00316 ACK-KJM |
| COUNTY OF KAUAI, et al. | ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF NO. 4)

Findings and Recommendation having been filed and served on all parties on August 31, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation: (1) Granting Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs; (2) Dismissing in Part Complaint for Violation of Civil Rights; and (3) Directing Service" (ECF No. 4) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai`i, September 23, 2020.



_____
Alan C. Kay
Sr. United States District Judge

<u>Kaneapua v. Cty. of Kauai</u>, Civ. No. 20-00316-ACK-KJM, Order Adopting Magistrate Judge's Findings and Recommendation (ECF No. 4)