## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**MICHELLE RYNNE**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 29, 2020

Joseph Kawailanihuihui Kaneapua
P.O. Box 778
Kalaheo, HI 96741

    Re:    Joseph Kawailanihuihui Kaneapua v. County of Kauai, et al.
             CV 20-00316 ACK-KJM

Dear Mr. Kaneapua,

    Pursuant to the Order Adopting the Magistrate Judge's Findings and Recommendation (ECF 6), and the Entering Order filed September 28, 2020 (ECF 7), enclosed please find the following documents:

1. A certified copy of the "Order Adopting the Magistrate Judge's Findings and Recommendation", filed September 23, 2020; (Mail this to the U.S. Marshals with your complaint);

2. Certified copy of the Complaint;

3. Issued summons and Notice of Lawsuit and Request for Waiver of Service of Summons forms (AO 398 form), Waiver of Service of Summons forms (AO 399) with instructions (Notice to Parties); and

4. U.S. Marshals Service form (USM-285).

    After completing the U.S. Marshals Service form, mail the forms with the Order Adopting the Magistrate Judge's Findings and Recommendation, the complaint, and summons to the U.S. Marshal, 300 Ala Moana Blvd, Room C-109, Honolulu, HI 96850.

                        Sincerely,

                        MICHELLE RYNNE, CLERK

                        By: /s/ J.I., Deputy Clerk

Enclosures